IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM ZUKOWSKI ) | |
| ) | |
| Petitioner, ) | NO. 3:08-0759 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| TONY PARKER, Warden, ) | |
| ) | |
| Respondent. ) | |

# ORDER

In accordance with the Memorandum filed herewith, the Petitioner's petition for the writ of habeas corpus is **DENIED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge